# KAPLAN HECKER & FINK LLP

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

**Direct Dial: (929) 295-2544**
**Direct Email: aconlon@kaplanhecker.com**

December 24, 2019

**MEMO ENDORSED**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/19
```

Re: *U.S.A.* v. *Klein*, 1:18-cr-00711-RMB

Dear Hon. Judge Berman:

I write to request permission for Mr. Klein to travel with his family this weekend to Boston, Massachusetts.

Mr. Klein has been on pretrial release since his initial appearance before the magistrate court on October 11, 2018. It is a condition of Mr. Klein's pretrial release that he not travel outside the Southern District of New York, the Eastern District of New York, and the District of New Jersey without permission of the Court.

Mr. Klein respectfully seeks permission to travel with his family to Boston, Massachusetts from December 28, 2019 to December 30, 2019. The government does not object to a modification of Mr. Klein's release conditions to accommodate the proposed travel. We contacted Pretrial Services and are awaiting final approval, but we do not expect Pretrial Services to object given the history of this case.

Respectfully submitted,

Alexandra Conlon

cc: (by email)

Nicolas Roos
Assistant United States Attorney

Shannon T. Hernandez
Mia Rahman
Pretrial Services

---

Application granted, on consent.

SO ORDERED:
Date: 12/27/19
Richard M. Berman, U.S.D.J.