# KAPLAN HECKER & FINK LLP

**Direct Dial: (929) 295-2544**
**Direct Email: aconlon@kaplanhecker.com**

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

June 22, 2020

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2020

Re: *U.S.A.* v. *Klein*, 1:18-cr-00711-RMB

Dear Hon. Judge Berman:

I write to request permission for Mr. Klein to travel with his family to celebrate the July Fourth holiday.

Mr. Klein has been on pretrial release since his initial appearance before the magistrate court on October 11, 2018. It is a condition of Mr. Klein's pretrial release that he not travel outside the Southern District of New York, the Eastern District of New York, and the District of New Jersey without permission of the Court.

Mr. Klein respectfully seeks permission to travel with his family to Rehobeth Beach, Delaware to celebrate the July Fourth holiday. He and his family would depart from New Jersey on July fourth and return to New Jersey on July eleventh.

The government does not object to a modification of Mr. Klein's release conditions to accommodate the proposed travel.

Respectfully submitted,

Alexandra Conlon

cc:   (by email)

   Nicolas Roos
   Assistant United States Attorney

   Mia Rahman
   Pretrial Services

Application granted.

SO ORDERED:
Date: 7/2/2020
Richard M. Berman, U.S.D.J.