# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   (929) 295-2544
DIRECT EMAIL  aconlon@kaplanhecker.com

November 6, 2020

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

Re:  *U.S.A.* v. *Klein*, 1:18-cr-00711-RMB

Dear Hon. Judge Berman:

I write to request permission for Mr. Klein to travel to visit Pennsylvania State University with his daughter, who is considering applying there for college.

Mr. Klein has been on pretrial release since his initial appearance before the magistrate court on October 11, 2018. It is a condition of Mr. Klein's pretrial release that he not travel outside the Southern District of New York, the Eastern District of New York, and the District of New Jersey without permission of the Court.

Mr. Klein respectfully seeks permission to travel with his family to Pennsylvania State University in State College, Pennsylvania. He and his family would drive from New Jersey to Pennsylvania for a day-time visit and return to New Jersey in the evening. They would depart today, Friday, November 6th.

The government does not object to a modification of Mr. Klein's release conditions to accommodate the proposed travel.

Respectfully submitted,

Alexandra Conlon

cc:   (by email)

Nicolas Roos
Assistant United States Attorney

Mia Rahman
Pretrial Services

Application granted on consent.

SO ORDERED:
Date: 11/9/2020
Richard M. Berman, U.S.D.J.