UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                             18 CR. 711 (RMB)

   -against-

                                                                                            **ORDER**

MARC KLEIN
                Defendant.
------------------------------------------------------------X

       The proceeding scheduled for Tuesday, January 18, 2022 at 9:00 AM is hereby adjourned to Tuesday, February 15, 2022 at 10:00 AM.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0711

Dated: February 9, 2022
       New York, NY

                                                                                 _/s/ Richard M. Berman_
                                                                 RICHARD M. BERMAN
                                                                       U.S.D.J.