**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                                    18 CR. 711 (RMB)

        -against-

                                                                    **ORDER**

MARC KLEIN
                    Defendant.
-----------------------------------------------------------X


        In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday,

May 19, 2022 at 9:30 AM is being held telephonically pursuant to the CARES Act and

applicable implementing court procedures.

        Members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0711


Dated: May 11, 2022
        New York, NY


                                                    _____
                                                            RICHARD M. BERMAN
                                                                    U.S.D.J.