

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2023

**BY ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

    Re:   <u>United States</u> v. <u>Marc Klein</u>, No. 18 Cr. 711 (RMB)

Dear Judge Berman:

    The Government writes, with the consent of the defendant, through counsel, to request that the sentencing scheduled for March 14, 2023, at 9:30 a.m. be adjourned for approximately 120 days. Based on recent developments in a separate criminal investigation, the Government believes that the defendant may be able to provide information or assistance that could be useful to law enforcement. Accordingly, the Government requests an adjournment so as to evaluate whether the defendant may provide additional assistance and, if appropriate, so that the Government can bring such additional assistance to the attention of the Court at sentencing.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Nicolas Roos
Assistant United States Attorney
(212) 637-2421

---

Sentence is adjourned to 7/12/23 at 10:00 am. Government sentencing submission is due 6/21/23. Defense sentencing submission is due 6/28/23.

SO ORDERED:
Date: 2/23/23
Richard M. Berman, U.S.D.J.