# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0889
DIRECT EMAIL    shecker@kaplanhecker.com

June 9, 2023

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

          Re:    *USA v. Klein*, 1:18-CR-00711-RMB

Dear Hon. Judge Berman:

      I write with the consent of the Government to request an adjournment of Mr. Klein's sentencing and related sentencing submission deadlines. Mr. Klein's sentencing is currently scheduled for July 12, 2023, at 10:00 a.m. To allow Mr. Klein to continue to provide maximum assistance to the Government in a separate criminal investigation in advance of being sentenced in this matter, I ask that Mr. Klein's sentencing be adjourned for approximately 180 days.

Respectfully submitted,

Sean Hecker

---

Sentence is adjourned to January 17, 2024 at 9:30 am.

SO ORDERED:
Date: 6/12/23
Richard M. Berman, U.S.D.J.