Case 1:18-cr-00711-RMB    Document 63    Filed 09/21/23    Page 1 of 3

Case 1:18-cr-00711-RMB    Document 64    Filed 09/21/23    Page 1 of 3

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0880
DIRECT EMAIL    shecker@kaplanhecker.com

September 21, 2023

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/23

                Re:     USA v. Klein, 1:18-CR-00711-RMB

Dear Hon. Judge Berman:

      I write with the consent of the government to request a modification to Mr. Klein's bail conditions.

### Procedural History

      Mr. Klein has appeared on this matter numerous times since his arrest in 2018. On October 11, 2018, in compliance with the conditions of release set by the Court, Mr. Klein executed a $500,000 appearance bond secured by his residence. ECF No. 7. On July 29, 2019, Mr. Klein entered a plea of guilty before Magistrate Judge Ona T. Wang. Sentencing is currently scheduled for January 17, 2024.

### Request for Modification of Bail Conditions

      On consent, we respectfully request that the Court modify the terms of Mr. Klein's bail conditions to replace the current $500,000 appearance bond secured by Mr. Klein's residence with a $100,000 personal recognizance bond secured by the signatures of Mr. Klein and his wife, Jennifer Klein. Pretrial Services has informed us that they run a financial check for proposed co-signers; if the motion is granted, we respectfully request that the Court provide Mr. Klein one week to submit the required information to Pretrial Services to be vetted and approved.

KAPLAN HECKER & FINK LLP                                                                 2

      Finally, in order to extinguish the mortgage on Mr. Klein's home, we respectfully request that the Court issue the attached proposed order acknowledging that the mortgage has been satisfied and that the lien is extinguished.

      We appreciate the Court's consideration and are available to discuss, should the Court have any questions.

Respectfully submitted,

Sean Hecker

---

Application granted on consent of Government.

SO ORDERED:
Date: 9/21/23    Richard M. Berman
Richard M. Berman, U.S.D.J.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA, |
| *Plaintiff*, |
| v. |
| MARC KLEIN, |
| *Defendant*. |

No. 1:18-cr-00711-RMB

## [PROPOSED] ORDER MODIFYING BAIL CONDITIONS AND AUTHORIZING BERGEN COUNTY TO DISCHARGE THE MORTGAGE

WHEREAS Defendant Marc Klein executed a $500,000 Appearance Bond on October 11, 2018;

WHEREAS the Appearance Bond was secured by a mortgage entered on the Defendant's residence located in Bergen County, New Jersey;

WHEREAS the mortgage was made on October 17, 2018 between the Borrower, Marc and Jennifer Klein, and the Lender, the U.S. Attorney's Office for the Southern District of New York, and the Borrower is indebted to the Lender in the principal sum of $500,000 of equity;

WHEREAS the mortgage was signed by all parties on October 30, 2018 and filed with the Bergen County Clerk on October 31, 2018;

IT IS HEREBY ORDERED, upon application of counsel for Defendant Klein, and the consent of the Government, the Lender to the mortgage, that the mortgage has been satisfied, the lien is extinguished, and the Court authorizes Bergen County to discharge the mortgage.

SO ORDERED.

Dated: New York, New York
September 21, 2023

_____
THE HONORABLE RICHARD M. BERMAN