UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>MARC KLEIN,<br><br>    *Defendant*. | No. 1:18-cr-00711-RMB |

**ORDER MODIFYING BAIL CONDITIONS AND
AUTHORIZING BERGEN COUNTY TO DISCHARGE THE MORTGAGE**

WHEREAS Defendant Marc Klein executed a $500,000 Appearance Bond on October 11, 2018;

WHEREAS the Appearance Bond was secured by a mortgage entered on the Defendant's residence located in Bergen County, New Jersey;

WHEREAS the mortgage was made on October 17, 2018 between the Borrower, Marc and Jennifer Klein, and the Lender, the U.S. Attorney's Office for the Southern District of New York, and the Borrower is indebted to the Lender in the principal sum of $500,000 of equity;

WHEREAS the mortgage was signed by all parties on October 30, 2018 and filed with the Bergen County Clerk on October 31, 2018;

WHEREAS the mortgage was recorded with the Bergen County Clerk on November 5, 2018 at Mortgage Book **3100** and Page **451**;

IT IS HEREBY ORDERED, upon application of counsel for Defendant Klein, and the consent of the Government, the Lender to the mortgage, that the mortgage has been satisfied, the lien is extinguished, and the Court authorizes Bergen County to discharge the mortgage; and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon counsel for Defendant Klein, Sean Hecker and Jeffrey Then, of Kaplan Hecker & Fink LLP (350 Fifth Avenue | 63rd Floor, New York, New York 10118), via ECF.

SO ORDERED.

Dated: New York, New York
October 17, 2023

_____
THE HONORABLE RICHARD M. BERMAN