# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0889
DIRECT EMAIL    shecker@kaplanhecker.com

December 11, 2023

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

        Re:    *USA v. Klein*, 1:18-CR-00711-RMB

Dear Hon. Judge Berman:

      I write with the consent of the Government to request an adjournment of Mr. Klein's sentencing and related sentencing submission deadlines. Mr. Klein's sentencing is currently scheduled for January 17, 2024, at 9:30 a.m. ECF No. 58. To allow Mr. Klein to continue to provide maximum assistance to the Government in a separate criminal investigation in advance of being sentenced in this matter, I ask that Mr. Klein's sentencing be adjourned for approximately 180 days.

Respectfully submitted,

Sean Hecker

---

Sentence is adjourned to 6/12/24 at 10:00 am.
Government submission is due 5/28/24.
Defense submission is due 6/4/24.

SO ORDERED:
Date: 12/11/23
Richard M. Berman, U.S.D.J.