# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@kaplanhecker.com

> Permission to travel is granted on consent of the government. Sentencing is adjourned to December 10, 2024 at 10:00 am. Defense submission is due December 2, 2024. Government submission is due November 25, 2024.
>
> SO ORDERED:
> Date: 4/8/24
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

                *Re:*    *USA v. Klein*, 1:18-CR-

Dear Hon. Judge Berman:

    I write with the consent of the Government to request (1) an adjournment of Mr. Klein's sentencing and related sentencing submission deadlines and (2) permission for Mr. Klein to travel to Bermuda with his family for vacation.

    *First*, Mr. Klein respectfully seeks an adjournment of sentencing which is currently scheduled for June 12, 2024, at 10:00 a.m. ECF No. 68. To allow Mr. Klein to continue to provide maximum assistance to the Government in a separate criminal investigation in advance of being sentenced in this matter, I ask that Mr. Klein's sentencing be adjourned approximately 180 days.

    *Second*, Mr. Klein respectfully seeks permission to travel with his family (his wife, two daughters, and parents-in-law) to Bermuda for a family vacation. If permitted to travel, Mr. Klein and his family would sail to Bermuda on the Celebrity Eclipse, leaving from Cape Liberty in Bayonne, New Jersey on July 14, 2024 and returning to Cape Liberty on Jule 21, 2024.

    The government does not object to Mr. Klein's requests for adjournment of sentencing or for permission to travel. Additionally, Pretrial Services has indicated that Mr. Klein has remained in compliance with his conditions of reporting and, therefore, has no objection to Mr. Klein's request for permission to travel.

                                                                            Respectfully submitted,

                                                                            Sean Hecker