# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

DIRECT DIAL    212.763.0889
DIRECT EMAIL   shecker@heckerfink.com

November 13, 2024

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17B
New York, NY 10007

                Re:    USA v. Klein, 1:18-CR-00711-RMB

Dear Hon. Judge Berman:

      I write with the consent of the government to request a modification to Mr. Klein's bail conditions.

### Procedural History

      Mr. Klein has appeared on this matter numerous times since his arrest in 2018. His conditions of release were originally set on October 11, 2018. ECF No. 7. Those conditions included the requirement that Mr. Klein execute a $500,000 appearance bond secured by his residence, and that he surrender his passport, amongst others. *Id.* On September 21, 2023, the Court granted Mr. Klein's request to replace the $500,000 appearance bond with a $100,000 personal recognizance bond. *See* ECF No. 64.

      On July 29, 2019, Mr. Klein entered a plea of guilty before Magistrate Judge Ona T. Wang. Sentencing is currently scheduled for May 6, 2025. ECF No. 72

### Request for Modification of Bail Conditions

      As noted, Mr. Klein's conditions of release require that he surrender his passport. As such, Mr. Klein's passport, which expires in January of 2025, is currently in the possession of U.S. Pretrial Services for the District of New Jersey.

# Hecker Fink LLP

2

On consent, I respectfully request that the Court modify the terms of Mr. Klein's bail conditions to allow that his passport be released to his attorneys at Hecker Fink LLP. If the request is granted, and as discussed with the government, I will coordinate with Mr. Klein to help him renew his passport. Once Mr. Klein's passport is renewed, I will retake possession of the passport.

Pretrial Services has indicated that Mr. Klein has remained in compliance with his conditions of reporting and takes no position to this request.

We appreciate the Court's consideration and are available to discuss, should the Court have any questions.

Respectfully submitted,

Sean Hecker

> Modification granted on consent.
>
> SO ORDERED:
> Date: 11/13/24
> Richard M. Berman, U.S.D.J.