# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

DIRECT DIAL    212 763 0880
DIRECT EMAIL   shecker@kaplanhecker.com

*Application granted.*

~~February 24, 2025~~

SO ORDERED:
Date: 2/25/25         *Richard M. Berman*
                      Richard M. Berman, U.S.D.J.

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl St, Courtroom 17B
New York, New York 10007

Re:   United States v. Marc Klein, 18-cr-711 (RMB)

Dear Hon. Judge Berman:

    I write to request permission for Mr. Klein to travel to Europe to visit his daughter from April 13, 2025 to April 22, 2025.

    Mr. Klein's daughter is participating in a study abroad program based in Barcelona, Spain, and hopes to be able to spend time with her parents in Barcelona during her Spring Break. If granted permission, Mr. Klein would travel with his wife to meet their daughter in Paris, France on April 13, 2025 and then travel with his wife and daughter to Barcelona, Spain where Mr. Klein and his wife hope to spend one week with their daughter, until April 22, 2025, at which point Mr. Klein and his wife would return to their home in New Jersey.

    The government has no objection to Mr. Klein's request to travel. Additionally, Pretrial Services has indicated that Mr. Klein remains in compliance with his conditions of reporting and does not take any position on Mr. Klein's request to travel.

    We appreciate the Court's consideration and are available to discuss, should the Court have any questions.

Sincerely,

Sean Hecker