UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    S1 18 Cr 711 (RMB)

          -against-                                 **ORDER**

MARC KLEIN,

                  Defendant.
------------------------------------------------------------------X

It is hereby ORDERED that the Clerk of the Court shall unseal the guilty plea and related documents and the S1 Information of this matter.

Dated: New York, New York
         May 6, 2025

                                                             Hon. Richard M. Berman, U.S.D.J.

