**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    **ORDER**

          -against-
                                          S1   18 **CR.** 711 (RMB)
MARC KLEIN,
                        Defendant.
-------------------------------------------------------------X

     WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a

United States Magistrate Judge on July 29, 2019;

     WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the

District Court; and

     WHEREAS,  upon review of the transcript, this Court has determined that the Defendant

entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for

the guilty plea;

     IT IS HEREBY ORDERED that Marc Klein's guilty plea is accepted;

     IT IS HEREBY FURTHER ORDERED that the parties shall appear for a conference on

September 18, 2019 at 12:30 pm.


Dated: New York, New York
       August 1, 2019

                                    **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/25