# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

July 7, 2025

**VIA ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl St, Courtroom 17B
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/25
```

Re:    *United States v. Marc Klein*, 18-cr-711 (RMB)

Dear Hon. Judge Berman:

Pursuant to Federal Rule of Criminal Procedure 38(c)(1), I write to request permission for Mr. Klein to deposit the $35,000 criminal monetary penalty imposed by Your Honor at Mr. Klein's May 6, 2025 sentencing into a court registry pending Mr. Klein's appeal of his sentence. On May 6, 2025, your Honor sentenced Mr. Klein to 22 months of incarceration, 3 years of supervised release, and $36,600 in criminal monetary penalties, including $15,000 in restitution, a $20,000 fine, and a $1,600 mandatory special assessment. *See* ECF 87, Judgment. Mr. Klein appealed his sentence on May 20, 2025. *See* ECF 89, Notice of Appeal. Mr. Klein is making arrangements to pay the $1,600 mandatory special assessment and respectfully requests that he be permitted to deposit his restitution and fine obligation, which jointly amount to $35,000, into a court registry pending his appeal.

We appreciate the Court's consideration and are available to discuss, should the Court have any questions.

Sincerely,

Sean Hecker

*Application Granted*

SO ORDERED:
Date: 7/8/25
Richard M. Berman, U.S.D.J.