**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

MARC KLEIN,

Defendant.
------------------------------------------------------------X

**<u>ORDER</u>**

18 CR 711

Application dated, July 23, 2025, for bail pending appeal is denied.  Application to extend surrender date is granted from August 8, 2025 to October 10, 2025 (by 2:00 pm) and is final.

Dated: New York, New York
       July 29, 2025



_____
**RICHARD M. BERMAN, U.S.D.J.**

