# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

shecker@heckerfink.com

October 6, 2025

**VIA ECF**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/25

Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl St, Courtroom 17B
New York, New York 10007

        Re:    *United States v. Marc Klein*, 18-cr-711 (RMB)

Dear Hon. Judge Berman:

      We write on behalf of our client, Marc Klein, to make two requests in connection with his upcoming surrender date of October 10, 2025. *First*, we request that Your Honor recommend FCI Otisville as the facility to which Mr. Klein is designated for his sentence of incarceration. *Second*, we request that Your Honor extend the date on which Mr. Klein is due to surrender to the Bureau of Prisons from October 10, 2025 to October 31, 2025. The government consents to the designation request as well as the three-week extension request.

Background

      On May 6, 2025, Your Honor entered a judgment of conviction sentencing Mr. Klein to 22 months of imprisonment. ECF 87. On May 20, 2025, Mr. Klein filed a notice of appeal. ECF 89. On July 8, 2025, Your Honor granted Mr. Klein's request, pursuant to Federal Rule of Criminal Procedure 38(c)(1), to stay the fine imposed by this Court as part of Mr. Klein's May 6, 2025 sentence for the duration of Mr. Klein's appeal. ECF 93. Mr. Klein has since deposited the fine into the Court registry, pending the resolution of his appeal, and submitted a joint stipulation regarding the fine, which Your Honor so-ordered on September 24, 2025. ECF 99. On July 29, 2025, Your Honor denied Mr. Klein's request for bail pending appeal pursuant to 18 U.S.C. § 3143(b) but extended the date for Mr. Klein to surrender to the Bureau of Prisons to October 10, 2025. ECF 97. On September 2, 2025, Mr. Klein filed his appeal brief and, on October 1, 2025, Mr. Klein submitted an emergency motion for bail pending appeal before the Second Circuit Court of Appeals, which is pending. *See USA v. Klein*, 25-1299 (2d Cir. 2025), Dkt. 16, 22.

Designation Request

     Mr. Klein is currently scheduled to surrender to the Bureau of Prisons on October 10, 2025. Given the non-violent nature of Mr. Klein's offenses, and its proximity to Mr. Klein's family, which would facilitate family visitation, we respectfully request that the Court recommend FCI Otisville as the facility to which Mr. Klein is designated for his sentence of incarceration.

Extension Request

     In reviewing Mr. Klein's July 23, 2025 request for bail pending appeal, the Court denied Mr. Klein's request for bail, extended Mr. Klein's surrender date from August 8, 2025 to October 10, 2025, and noted that its extension "is final." ECF 97. Mr. Klein respectfully requests that the Court reconsider his extension request due to two significant developments since Mr. Klein's July 23, 2025 bail request.

     First, in his July 23, 2025 bail request, Mr. Klein noted that he was preparing his business for insurance and worker's compensation auditing scheduled to take place in October, although he was not certain of the precise date. ECF 96 at 4. As the Court knows, Mr. Klein operates a small cleaning business that employs nearly two dozen individuals. One third of the business's clients are charities and non-profit organizations that depend on Mr. Klein for discounted cleaning rates. Since his May 6, 2025 sentencing, Mr. Klein has worked diligently to transfer his management responsibilities to his wife, Jen Klein, so that Mr. Klein's family and his employees can continue to earn a steady income with which to support themselves and their families. Mr. Klein has also prepared for the upcoming audit. That audit is now set for October 29, 2025. Although Mr. Klein has done what he can to prepare for the audit, the upshot is that Mr. and Mrs. Klein are not yet ready for it. And despite her best efforts, Mrs. Klein is ill-prepared to handle a business audit on her own in the first three weeks of Mr. Klein's absence. We are therefore asking the Court for three additional weeks to permit Mr. Klein to handle the October 29 audit while Mrs. Klein continues learning to operate the business and taking on her new roles.

     Second, as the Court is aware, Mr. Klein deposited the total sum of criminal monetary penalties imposed at sentencing into the court registry in July 2025. Unfortunately, Mr. Klein's financial institutions mistakenly imposed a total freeze on all of his assets on September 1, 2025, far exceeding the amount subject to the Court's fine. For over one month, Mr. Klein's efforts to prepare his business and his family for his upcoming term of incarceration have been slowed by his desperate attempts to remedy this issue. With the assistance of the government, *see* ECF 99, Mr. Klein has finally been able to resolve the issue; he began the process of lifting the freeze last week. He is now working to address the consequences of missed payments, late fees, and other ramifications of the freeze, all while continuing to prepare his business and his family for his October 10 surrender date. A three-week extension of this surrender date would permit Mr. Klein much-needed time to restore order to his personal and family affairs, particularly in light of his imminent departure.

Conclusion

For the foregoing reasons, Mr. Klein also asks that this Court recommend FCI Otisville as the facility to which Mr. Klein is designated for his term of incarceration. Mr. Klein also respectfully requests that the Court extend his surrender date to October 31, 2025, so that he may complete the October 29 audit and recover from the mistaken month-long freeze on his assets.

We appreciate the Court's consideration.

Sincerely,

Sean Hecker

Applications granted. The Court recommends a designation to FCI Otisville. The Court also extends the surrender date to 10/31/25 on consent of the government.

SO ORDERED:
Date: 10/7/25    Richard M. Berman
Richard M. Berman, U.S.D.J.

3